IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC -9 A 9: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Franklin Delano Aloff  107587
_____
Full name and prison number
of plaintiff(s)

v.

Alabama Board of
Pardons and Paroles
And Williams C. Segrest
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05cv1168-F
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Bibb County Correctional Fac.__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bibb County Correctional Fac.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                      ADDRESS

1. Williams C. Segrest, P.O. Box 302405, Montgomery, AL 36130-2405
2. Alabama Board of Pardons and Paroles (Same As Above)
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __10-31-05__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __I was set off on 10-31-05 to 2010 Five (5) years which the law state that I__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) Can only be set off Three (3) years at the most, Five (5) years reset do not apply to Plaintiff

GROUND TWO: _____

SUPPORTING FACTS: On November 9 2005 Plaintiff did receive a letter from Williams C. Segrest and the Alabama Board of Pardons and Paroles stating that Plaintiff had been reset for 10 2010

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

TO HAVE PLAINTIFF RESET MOVE FROM FIVE (5) YEARS TO THREE (3) YEARS OR LESS

_Franklin Delano Geogy_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-29-05.
         (Date)

_Franklin Delano Geogy_
Signature of plaintiff(s)

4