AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __ALABAMA__

__MIDDLE__

Franklin Acoff
Plaintiff

v.

Alabama Board of Pardons, et al
Defendant #107587

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:05CV1168-F

I, __FRANKLIN DELANO ACOFF__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Bibb County__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __DECEMBER 1970 U.S. AIR FORCE $325.00 PER MONTH__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   __N/A__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BIBB COUNTY CF

AIS #: 107587        NAME: ACOFF, FRANKLIN DALAND        AS OF: 11/23/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 7 | $0.39 | $0.00 |
| DEC | 31 | $5.39 | $25.00 |
| JAN | 31 | $0.29 | $0.00 |
| FEB | 28 | $0.29 | $0.00 |
| MAR | 31 | $16.55 | $50.00 |
| APR | 30 | $0.67 | $15.00 |
| MAY | 31 | $7.74 | $40.00 |
| JUN | 30 | $12.35 | $100.00 |
| JUL | 31 | $0.66 | $0.00 |
| AUG | 31 | $4.16 | $40.00 |
| SEP | 30 | $0.15 | $0.00 |
| OCT | 31 | $0.15 | $0.00 |
| NOV | 23 | $0.15 | $0.00 |