IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF Alabama

FRANKLIN DELAND ACOFF 107887
  PLAINTIFF

  V.

Alabama Board of Pardons and
Paroles, ET AL,
  DEFENDANTS

CIVIL ACTION NO. 2:05-CV-1168-F
(WD)

RECEIVED 2005 DEC 22 A 9:28
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## MOTION FOR EXTENSION OF TIME

Plaintiff FRANKLIN DELAND ACOFF REQUEST AN EXTENSION OF TIME due to AT THIS TIME Plaintiff do NOT HAVE THE $4.66 IN PRISON ACCOUNT, TO PAY THE INITIAL PARTIAL FILING FEE

AT THIS TIME Plaintiff do NOT KNOW AT WHAT TIME HE WILL HAVE IT IN HIS PRISON ACCOUNT but AS SOON AS ITS COME AVAILABLE PLAINTIFF WILL MAIL IT TO THE COURT

DATE 12/20/2005

Franklin Deland Acoff 107887
FRANKLIN DELAND ACOFF
565 Bibb Lane F2-27
BRENT, Alabama, 35034