**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Acoff vs. Alabama Pardons & Paroles, et al
Civil Action No. 2:05-cv-1168-MEF

The above-styled case has been reassigned to Judge W. Keith Watkins.
Please note that the case number is now 2:05-cv-1168-WKW.

This new case number should be used on all future correspondence and pleadings in this action.