**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Board of Pardons & Paroles
P.O. Box 302405
Montgomery  AL  36130
Attn: William C. Segrest

complaint : ord # 6

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Cornell Long_    ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
CORNEll LONG    1/17/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

N 1 7 2006

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1820 0002 3465 2348

PS Form 3811, February 2004    Domestic Return Receipt    05-1168    102595-02-M-1540