IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

FRANKLIN DELANO ACOFF,         *
#107 587
    Plaintiff,              *

v.                             *      2:05-CV-1168-WKW

ALABAMA BOARD OF PARDONS       *
AND PAROLES, *et al.*,
                               *
    Defendants.

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time to comply with the court's December 15, 2005 order directing payment of an initial partial filing fee. In support of his motion Plaintiff asserts that he does not have sufficient funds in his inmate account to comply with the court's December 15 order.

The court has considered Plaintiff's motion and construes it as a request that he be allowed to proceed in this action without prepayment of the initial partial filing fee until such funds became available to him. Upon consideration of the motion, the court concludes that the motion shall be granted. Plaintiff is advised, however, that this court must, under the provisions of 28 U.S.C. § 1915(b)(1), "assess and, when funds exist, collect" the $250.00 filing fee from monies available to Plaintiff, when the amount in Plaintiff's account exceeds $10.00. The court may not waive or exempt Plaintiff from compliance with the statutory

provisions regarding payment of filing fees. Accordingly, it is

ORDERED that Plaintiff's December 15, 2005 pleading, construed as Motion to Proceed Without Payment of the Court-Ordered Initial Partial Filing Fee Until Funds Become Available (Doc. No. 4), be and is hereby GRANTED.

Done this 25th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE