IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANKLIN DELAND ALOFF 102587
PLAINTIFF

V.

ALABAMA BOARD OF PARDONS
AND PAROLES, Et.Al.
DEFENDANTS

CIVIL ACTION NO. 2:05-CV-1168

RECEIVED 2006 JAN 27 A 10:41

## OBJECTIONS TO RECOMMENDATION OF MAGISTRATE JUDGE

COME NOW PLAINTIFF FRANKLIN DELAND ALOFF, IN ABOVE STYLE PURSUANT to ORDER of COURT. AND FILES THIS OBJECTIONS TO RECOMMENDATION OF MAGISTRATE JUDGE

1. PLAINTIFF OBJECT to MAGISTRATE RECOMMENDATION that CLAIMS AGAINST the Alabama Board of Pardons and Parole be DISMISSED with PREJUDICE
(A) Alabama law states that NO PERSON Eligible For Parole Consideration who has been denied Parole, Shall be Set OFF MORE THAN THREE (3) YEARS BEFORE BEING Scheduled FOR FURTHER PAROLE CONSIDERATION, UNLESS Such PERSON Shall COMMITTED his CRIME Subsequent to 23 JANUARY 1991, in Which Case Further Parole Consideration MAY be Scheduled AT ANY TIME WITHIN FIVE (5) YEARS. IN ANY CASE ARISING AFTER 23 JANUARY 1991, BOARD OF PARDONS AND PAROLES MINUTES dated 10th day OF FEBRUARY, 1993.

2. PLAINTIFF CASE ARISE beford 23 JANUARY 1991.

Franklin D. Aloff
FRANKLIN DELAND ALOFF

SWORN to AND Subscribed beFore this the 24 day OF January 2006.

Notary Public
Com. Exp. 10-16-06

## CERTIFICATE OF SERVICE

I hereby certify that I have service a copy of the above paper on the General Counsel for the Alabama Board of Pardons and Paroles. 301 S. Ripley Street, Montgomery, Alabama. 36130-3405 by placing a copy of same in the United States Mail postage prepaid this the 24th day of January 2006.

Franklin Delano (Scott)
Franklin Delano Scott #700587