IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN DELANO ACOFF, # 107 587, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:05-CV-1168-WKW |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, et al., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 13, 2006, the Magistrate Judge filed a Recommendation (Doc. # 5) in this case. The plaintiff filed an objection on January 27, 2006 (Doc. # 10).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The objection (Doc. # 10) is OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED.

3. Defendant Alabama Board of Pardons and Paroles be DISMISSED as a party to this complaint.

4. This case with respect to the remaining defendant is referred back to the Magistrate Judge for additional proceedings.

DONE this the 10th day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

Case 2:05-cv-01168-WKW-CSC   Document 11   Filed 02/10/2006   Page 2 of 2