IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANKLIN DELANO ACOFF,
    Plaintiff,

Vs.                              Case #2:05-cv-1168-F

ALABAMA BOARD OF
PARDONS & PAROLES, et al.,
    Defendants.

## MOTION TO FILE OUT OF TIME

Comes now the Alabama Board of Pardons and Paroles, and shows unto the Court as follows:

1. Respondents request that its "Answer, Affidavit and Special Report on Behalf of Alabama Board of Pardons & Paroles" be filed out of time.

2. This is Respondents first attempt to electronically file with the Court through the CM/ECF system, which has resulted in unsuccessful attempts.

3. The response was due on February 22, 2006 and is being filed on February 27, 2006, only five days out of time.

4. Said filing out of time will not prejudice Petitioner.

                              Respectfully submitted,
                              TROY KING
                              ATTORNEY GENERAL

                              GREGORY O. GRIFFIN, SR.
                              CHIEF COUNSEL

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar # ASB-4358-D63F
Alabama Board of Pardons and Paroles
Post Office Box 302405
301 S. Union Street
Montgomery, Alabama 36130
(334) 242-8700
(334) 353-4423
Hugh.Davis@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system with will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

FRANKLIN DELANO ACOFF
AIS# 107587
BIBB COUNTY CORRCECTIONAL FACILITY
565 BIBB LANE
BRENT, ALABAMA 35034

Done this 27th Day of February, 2006.

Respectfully submitted,

s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar # ASB-4358-D63F
Alabama Board of Pardons and Paroles
Post Office Box 302405
301 S. Union Street
Montgomery, Alabama 36130
(334) 242-8700
(334) 353-4423
Hugh.Davis@paroles.alabama.gov