IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| FRANKLIN DELANO ACOFF, #107 587 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1168-WKW |
| WILLIAM C. SEGREST | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion to File Special Report and Answer Out-of-Time, and for good cause, it is

ORDERED that the motion (Doc. No. 12) be and is hereby GRANTED.

Done this 2nd day of March, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE