IN THE DISTRICT COURT OF THE UNITED STATE
FOR THE MIDDLE DISTRICT OF ALABAMA

FRANKLIN DELANO ALOFF
  Plaintiff
  102587

V.

ALABAMA BOARD OF PARDONS
AND PAROLES ET. AL,
  DEFENDANTS.

CASE# 2:05-CV-1168-F

RECEIVED
2006 MAR 22 A 9:52

## TRAVERSE TO DEFENDANT SPECIAL REPORT

Come now the Plaintiff Franklin Delano Aloff in the above styled and cause.

1. Defendants contend that Plaintiff constitutional Rights are not being violated by the Pardons and Paroles Board
2. Defendants contend that law governing Scheduling of Parole consideration place Plaintiff at no more disadvantageous than the law in effect at the time he committed crimes
3. Defendant contend that Procedural changes that occurred after his conviction has substantially increased the risk that his punishment will increase
4. Defendants contend that complaint is barred by the applicable statute of limitations.

## ARGUMENT

1. Plaintiff was reset for five(5) years when the place reset in this matter to be three(3) years or less (see Exhibit A)
2. Plaintiff contend that a five(5) years do put him at a disadvantaged than a three(3) years or

less that defendants should be held to the law.

3. Plaintiff contend that Procedural Changes that have occurred after his Conviction has increase his punishment

4. Plaintiff contend that his complaint is not barred by the Applicable Statute of Limitations. Plaintiff file Complaint within Six (6) months of his Constitutional Rights was violated.

5. Whereas, Plaintiff Request that defendants Judgment for denied be denied and for Plaintiff Judgment for Relief be granted and this Honorable Court set this cause for Hearing

date 3-21-2006

Respectfully Submitted
Franklin Deland Aloff
Franklin Deland Aloff 187581
565 Bibb Lane F2-27
Brent, Alabama 35034

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon:

Hugh Davis
Deputy Attorney General
State Bar # ASB-4358-063F
Alabama Board of Pardons and Paroles
P.O. Box 302405,
310 S. Union Street
Montgomery, Alabama 36130

By placing the same in prison mail box first class mail postage prepaid on March 21 2006

Franklin Delano Scott
Franklin Delano Scott
565 Bibb Lane F2-27
Brent, Alabama 35034