BOARD OF PARDONS AND PAROLES *Exhibit A*

MINUTES

The Board has reviewed its minutes from January 1991. The Board is aware that the Legislature is reluctant to amend Section 15-22-28(d) of the Alabama Code to conform to the Board's regulation adopted 28 January 1991. The Board is also aware that the referenced policy could be interpreted as contradicting that statute. The Board has also reviewed the opinion of the Eleventh Circuit Court of Appeals in <u>Atkins vs Snow</u>, which indicates that Parole Board rules may, in some cases, violate the <u>ex post facto</u> clause of the Constitution.

This Board does not intend to act beyond the authority granted to it by the Alabama Legislature, nor does the Board intend to exceed the Constitutional limits on its authority.

It is, Therefore, ORDERED:

1) That unanimous vote shall only be required in those cases in which the statutes of Alabama require unanimous vote to grant parole.

2) That no person eligible for parole consideration who has been denied parole, shall be set off more than three years before being scheduled for further parole consideration, unless such person shall have committed his crime subsequent to 23 January 1991, in which case further parole consideration may be scheduled at any time within five years. In any case arising after 23 January 1991, a prisoner denied parole more than three times without being granted shall not again be scheduled for parole consideration without an affirmative vote of the Board to consider such prisoner for parole.

3) That the Department of Corrections and the Board's staff will continue to provide the Board with the information required in the 28 January 1991, Minutes, and the Board will continue to consider that information.

DONE this 10th day of February, 1992.

APPROVED:                                              DISAPPROVED:

_/s/ Joel W. Barfoot_                                  _____
Joel W. Barfoot                                        Joel W. Barfoot
Chairman                                               Chairman

_/s/ John S. Nettles_                                  _____
John S. Nettles                                        John S. Nettles
Associate Member                                       Associate Member

_/s/ Judith C. O'Connor_                               _____
Judith C. O'Connor                                     Judith C. O'Connor
Associate Member                                       Associate Member