IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN DELAND ACOFF 107587 AIS# PLAINTIFF, <br><br> V. <br><br> WILLIAM SEGREST <br> Defendant | Civil Action No. 2:05-CV-1168 MEF |

## OBJECTIONS TO RECOMMENDATION OF MAGISTRATE JUDGE

Come now Plaintiff Franklin Deland Acoff in above style pursuant to order of court. And files this Objections to Recommendation of Magistrate Judge.

Plaintiff object to Magistrate Judge Recommendation that Claims against the Alabama Board of Pardons and Parole be dismissed with prejudice.

1. The Application of the Administrative Rule do not Apply to Plaintiff

2. Alabama Law States that no person eligible for parole consideration who has been denied parole. Shall be set off more than Three (3) years before being scheduled for further parole consideration, unless such person shall committed his crime subsequent to 23 January 1991.

Sworn to and Subscribed before this the 17 day of April 2007

_____
Larry Hines 9-1-2010
NOTARY PUBLIC

_____
Franklin Acoff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above paper on the Deputy Attorney General, Hugh Davis Alabama, Board of Pardons and Paroles, P.O. Box 302405 301 S. Union Street Montgomery Al 36130

by placing a copy of same in the United States Mail Postage prepaid this the 18th day of April 2007.

Franklin Delano Acoff
FRANKLIN DELANO ACOFF 107587

