IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN DELANO ACOFF,<br>AIS # 107587,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM SEGREST,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　　CASE NO. 2:05-cv-1168-WKW<br>)<br>)<br>)<br>)<br>) |

## ORDER

On April 11, 2007, the Magistrate Judge filed a Recommendation (Doc. # 17) in this case. On April 20, 2007, the Plaintiff filed an objection (Doc. # 18). Upon an independent and *de novo* review of the file in this case, it is hereby ORDERED that:

1.　　The objection (Doc. #18) is OVERRULED.

2.　　The Recommendation of the Magistrate Judge (Doc. #17) is ADOPTED.

3.　　The motion for summary judgment is GRANTED.

An appropriate judgment will be entered.

DONE this 5th day of June, 2007.

　　　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE