IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN DELANO ACOFF, )<br>AIS # 107587, )<br>  )<br>　　　Plaintiff, )<br>  )<br>　　　v. )<br>  )<br>WILLIAM SEGREST, )<br>  )<br>　　　Defendant. ) | CASE NO. 2:05-cv-1168-WKW |

## FINAL JUDGMENT

In accordance with the Order entered on this date, it is ORDERED that this case is DISMISSED with prejudice.  The costs of this proceeding is taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of June, 2007.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE