```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000629
Cashier ID: khaynes
Transaction Date: 10/03/2007
Payer Name: BIBB COUNTY CORR FACILITY
--------------------------------
PLRA CIVIL FILING FEE
 For: FRANKLIN DELANO ACOFF
 Case/Party: D-ALM-2-05-CV-001168-001
 Amount:         $8.00
--------------------------------
CHECK
 Check/Money Order Num: 8600
 Amt Tendered:   $8.00
--------------------------------
Total Due:       $8.00
Total Tendered:  $8.00
Change Amt:      $0.00
```