```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004526
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: FRANKLIN D ACOFF
 Case/Party: D-ALM-2-05-CV-001168-001
 Amount:         $18.00
-----------------------------------
CHECK
 Check/Money Order Num: 9000
 Amt Tendered: $18.00
-----------------------------------
Total Due:      $18.00
Total Tendered: $18.00
Change Amt:     $0.00
```