```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004929
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: FRANKLIN D ACOFF
 Case/Party: D-ALM-2-05-CV-001168-001
 Amount:         $16.00
------------------------------------
CHECK
 Check/Money Order Num: 9087
 Amt Tendered:  $16.00
------------------------------------
Total Due:      $16.00
Total Tendered: $16.00
Change Amt:     $0.00
```