```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005383
Cashier ID: brobinso
Transaction Date: 06/05/2008
Payer Name: BIBB COUNTY CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
 For: FRANKLIN ACOFF
 Case/Party: D-ALM-2-05-CV-001168-001
 Amount:        $3.14
-------------------------------------
CHECK
 Check/Money Order Num: 9160
 Amt Tendered:  $3.14
-------------------------------------
Total Due:      $3.14
Total Tendered: $3.14
Change Amt:     $0.00
```